# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*VINCENT M. HATCHER*      v.      *TERRY GODDARD, et al.*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 2:07-cv-00377 (JWS)

PROCEEDINGS: **ORDER FROM CHAMBERS**      Date: June 9, 2008

    In a report at docket 13, the magistrate judge recommends that the petition filed by Vincent M. Hatcher be dismissed with prejudice. In an order at docket 16, the court granted petitioner an extension of time until May 19, 2008, in which to file objections to the report. He has not done so.

    In a case such as this, the district judge reviews the recommendations from the magistrate judge as follow: All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*; and all recommended findings of fact as to which no objection is filed are reviewed for clear error. That standard has been applied here, and this court can find no fault with Magistrate Judge Irwin's recommendations. Accordingly, they are adopted and based thereon the petition is **DISMISSED** with prejudice.